DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH THOMAS NIETO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  *Plaintiff*,  v.  JOSEPH THOMAS NIETO, and CHRISTINA DRUMMOND,  *Defendants*. | NO. 1:10-CR-00024 LJO  STIPULATION TO ADVANCE SENTENCING HEARING, AND ORDER THEREON (note time difference)  Date:  June 25, 2010 Time:  8:50  a.m. Judge: Honorable Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and among the parties that the sentencing hearing in the above-entitled matter now set for July 16, 2010, may be advanced to **June 25, 2010, at 9:00 a.m.**

Defendants Joseph Nieto and Christina Drummond have both received their Advisory Presentence Investigation Reports (PSRs) and there are no disputed sentencing issues.  The PSR sentencing recommendations for both defendants are consistent with their plea agreements.  Because there is nothing more to be done prior to sentencing, both defendants request that the sentencing date be advanced to Friday, June 25, 2010, in order to bring finality to this matter and to minimize the amount of time spent in the Fresno County Jail.  AUSA Elana S. Landau has no objection to this request.

///

///

The parties agree that advancing the sentencing date in this matter will further the ends of justice.

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: June 22, 2010                     By:    /s/ Elana S. Landau
                                                                ELANA S. LANDAU
                                                                Assistant U.S. Attorney
                                                                Attorney for Plaintiff

DATED: June 22, 2010                     By:    /s/ Daniel Harralson
                                                                 DANIEL HARRALSON
                                                                Attorney at Law
                                                                Attorney for Defendant
                                                                CHRISTINA DRUMMOND

                                                    DANIEL J. BRODERICK
                                                    Federal Defender

DATED: June 22, 2010                     By:    /s/ Eric V. Kersten
                                                                 ERIC V. KERSTEN
                                                                Assistant Federal Defender
                                                               Attorney for Defendant
                                                                JOSEPH THOMAS NIETO

Granted, however at 8:50 a.m. and not 9 a.m.

IT IS SO ORDERED.

**Dated:   June 23, 2010**                  /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE